UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLARK GRAY                                                                                           PLAINTIFF

V.                  No. 4:18CV00809-JM-JTR

PULASKI COUNTY REGIONAL
DETENTION FACILITY, *et al.*                                                              DEFENDANTS

# JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice.

Dated this 5th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE